# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **CALVIN BRIDGES, Individually and For Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**RANGERS ENTERPRISE SATELLITE, LLC**<br><br>Defendant. | Case No. 3:20-cv-108-DMB-JMV<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

## MOTION FOR PHILLIP BOHER TO APPEAR *PRO HAC VICE*

Pursuant to L.U.Civ.R. 83.1(d), Phillip Bohrer ("Bohrer") of the law firm of Bohrer Brady, LLC respectfully moves this Court for admission *Pro Hac Vice* to practice before this Court in connection with the above styled matter and states as follows:

1. Bohrer is an attorney with the law firm of Bohrer Brady, LLC with his office currently located at 8712 Jefferson Highway, Suite B, Baton Rouge, Louisiana 70809.

2. Christopher W. Espy of Espy Law, PLLC is a resident attorney admitted to practice in the Northern District of Mississippi in accordance with L.U.Civ.R. 83.1(a).

3. Bohrer Brady, LLC, along with Christopher W. Espy of Espy Law, PLLC, has been retained by the Plaintiff in this matter to represent his interests and the interests of the putative class moving forward.

4. Bohrer has been, and presently is a member in good standing of the Louisiana Bar.

5. Bohrer is not presently subject to any disbarment proceedings.

6. Bohrer is not presently the subject to any suspension proceedings.

7. Bohrer has never been subject to any disbarment proceedings.

8. Bohrer has never been subject to any suspension proceedings.

9. Bohrer has never had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked.

10. Bohrer and Bohrer Brady, LLC has associated with Christopher W. Espy, Esquire, located at P.O. Box 13722, Jackson, MS 39236-3722, a member of the bar of this Court, to serve as one of the counsel of record for Plaintiff in this action.

11. In accordance with L.U.Civ.R. 83.1(1)(d)(4), Counsel submits along with this Petition a verified application. Bohrer's Application for Admission *Pro Hac Vice* and Certificate of Good Standing are attached as **Exhibit "1."**

12. Bohrer has reviewed, and agrees to comply with, the Mississippi Rules of Professional Conduct if permitted to join as counsel in this action.

13. Bohrer certifies that he has read, and is familiar with, the Uniform Local Rules of the United States District Courts for the Northern Districts of Mississippi.

14. Bohrer respectfully requests that he be permitted and admitted to practice in this Court and action.

WHEREFORE, for the above reasons, Bohrer respectfully requests that this Court grant his Motion for *Pro Hac Vice* admission in association with Christopher W. Espy, Esquire, in the above styled action and in accordance with the Local Rules permitting such request.

Respectfully submitted this the 14th day of May, 2020.

/s/ CHRISTOPHER W. ESPY
Christopher W. Espy, Esq., MSB #102424
ESPY LAW, PLLC.
P.O. Box 13722
Jackson, MS 39236-3722
Telephone: (601) 812-5300

Email: chris.espy@espylawpllc.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I, Christopher W. Espy, attorney for Plaintiff, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the online CM/ECF system, which I understand will send a Notice of Electronic Filing to all parties of record.

  SO CERTIFIED, this the 14th day of May, 2020.

            */s/ CHRISTOPHER W. ESPY*
            Christopher W. Espy, Esq., MSB # 102424
            ESPY LAW, PLLC.
            P.O. Box 13722
            Jackson, MS 39236-3722
            Telephone: (601) 812-5300
            Email: chris.espy@espylawpllc.com

            ATTORNEY FOR PLAINTIFF