# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| CALVIN BRIDGES, Individually and For Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGERS ENTERPRISE SATELLITE, LLC<br><br>Defendant. | Case No. 3:20-cv-108-DMB-JMV<br><br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## MOTION FOR SCOTT E. BRADY TO APPEAR *PRO HAC VICE*

Pursuant to L.U.Civ.R. 83.1(d), Scott E. Brady ("Brady") of the law firm of Bohrer Brady, LLC respectfully moves this Court for admission *Pro Hac Vice* to practice before this Court in connection with the above styled matter and states as follows:

1. Brady is an attorney with the law firm of Bohrer Brady, LLC with his office currently located at 8712 Jefferson Highway, Suite B, Baton Rouge, Louisiana 70809.

2. Christopher W. Espy of Espy Law, PLLC is a resident attorney admitted to practice in the Northern District of Mississippi in accordance with L.U.Civ.R. 83.1(a).

3. Bohrer Brady, LLC, along with Christopher W. Espy of Espy Law, PLLC, has been retained by the Plaintiff in this matter to represent his interests and the interests of the putative class moving forward.

4. Brady has been, and presently is a member in good standing of the Louisiana Bar.

5. Brady is not presently subject to any disbarment proceedings.

6. Brady is not presently the subject to any suspension proceedings.

7. Brady has never been subject to any disbarment proceedings.

8. Brady has never been subject to any suspension proceedings.

9. Brady has never had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked.

10. Brady and Bohrer Brady, LLC has associated with Christopher W. Espy, Esquire, located at P.O. Box 13722, Jackson, MS 39236-3722, a member of the bar of this Court, to serve as one of the counsel of record for Plaintiff in this action.

11. In accordance with L.U.Civ.R. 83.1(1)(d)(4), Counsel submits along with this Petition a verified application. Brady's Application for Admission *Pro Hac Vice* and Certificate of Good Standing are attached as **Exhibit "1."**

12. Brady has reviewed, and agrees to comply with, the Mississippi Rules of Professional Conduct if permitted to join as counsel in this action.

13. Brady certifies that he has read, and is familiar with, the Uniform Local Rules of the United States District Courts for the Northern Districts of Mississippi.

14. Brady respectfully requests that he be permitted and admitted to practice in this Court and action.

WHEREFORE, for the above reasons, Brady respectfully requests that this Court grant his Motion for *Pro Hac Vice* admission in association with Christopher W. Espy, Esquire, in the above styled action and in accordance with the Local Rules permitting such request.

Respectfully submitted this the 14th day of May, 2020.

/s/ CHRISTOPHER W. ESPY
Christopher W. Espy, Esq., MSB #102424
ESPY LAW, PLLC.
P.O. Box 13722
Jackson, MS 39236-3722
Telephone: (601) 812-5300
Email: chris.espy@espylawpllc.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, Christopher W. Espy, attorney for Plaintiff, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the online CM/ECF system, which I understand will send a Notice of Electronic Filing to all parties of record.

SO CERTIFIED, this the 14th day of May, 2020.

*/s/ CHRISTOPHER W. ESPY*
Christopher W. Espy, Esq., MSB # 102424
ESPY LAW, PLLC.
P.O. Box 13722
Jackson, MS 39236-3722
Telephone: (601) 812-5300
Email: chris.espy@espylawpllc.com

ATTORNEY FOR PLAINTIFF