# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**CALVIN BRIDGES**
*Individually and for Others*
*Similarly Situated*                                                                           **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO. 3:20-CV-108-DMB-JMV**

**RANGERS ENTERPRISE SATELLITE, LLC**                             **DEFENDANT**

## ORDER STAYING ALL PROCEEDINGS

Defendant Rangers Enterprise Satellite, LLC, having filed a Suggestion of Bankruptcy [35] on January 19, 2021,

**IT IS, THEREFORE, ORDERED** that all proceedings herein are STAYED, until further order of the Court, pursuant to the automatic stay provided for under 11 U.S.C. § 362. The parties shall notify this Court within seven (7) days of any resolution of the bankruptcy proceeding or lifting of the automatic stay by the bankruptcy court.

This 20th day of January, 2021.

                                                       **/s/ Jane M. Virden**
                                                       **UNITED STATES MAGISTRATE JUDGE**